NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FONDA WICKS,**

*Plaintiff-Appellant*

**v.**

**METROPOLITAN LIFE INSURANCE CO.,**

*Defendant-Appellee*

---

2023-2400

---

Appeal from the United States District Court for the Northern District of Texas in No. 4:21-cv-01275-O, Judge Reed O'Connor.

---

**ON MOTION**

---

Before PROST, HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

### O R D E R

Fonda Wicks moves unopposed to transfer her appeal from the judgment of the United States District Court for the Northern District of Texas denying her claims for death benefits under her late husband's insurance plan.

2                    WICKS v. METROPOLITAN LIFE INSURANCE CO.


We agree that this appeal does not fall within the limited authority that Congress granted this court to review decisions of federal district courts. *See generally* 28 U.S.C. § 1295. Lacking jurisdiction, we may transfer to another court where "the action or appeal could have been brought at the time it was filed." 28 U.S.C. § 1631. Here, as Ms. Wicks correctly notes, the appropriate court is the United States Court of Appeals for the Fifth Circuit.

Accordingly,

IT IS ORDERED THAT:

The motion is granted. This appeal and all transmittals are transferred to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

December 14, 2023
Date

Jarrett B. Perlow
Clerk of Court